1  Alan Rubin
   EPSTEIN, ADELSON, RUBIN & BELTER
2  11835 W. Olympic Boulevard
   Suite 1235
3  Los Angeles, California 90064
   (310) 473-6447
4  Bar No. 103856

5  Attorneys for Defendant
   HUMBERTO ALVAREZ-MACHAIN
6



7                UNITED STATES DISTRICT COURT

8          FOR THE CENTRAL DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )
                                    )   Case No. CR 87-422(G)-ER
11                   Plaintiff,     )
                                    )   EX PARTE APPLICATION FOR AN
12            v.                    )   ORDER PERMITTING EXPENDITURE
                                    )   OF ADDITIONAL CJA FUNDS FOR
13 HUMBERTO ALVAREZ-MACHAIN,        )   AN INVESTIGATOR; DECLARATION
                                    )   OF ALAN RUBIN; EXHIBITS
14                   Defendant.     )
   _____)

15

16      Defendant, HUMBERTO ALVAREZ-MACHAIN, through his

17 undersigned counsel hereby applies to the court for an order

18 authorizing defendant to:

19      (1) expend $1346.41 in excess of the $1000 previously

20 authorized pursuant to the Criminal Justice Act or a total of

21 $2346.41 for the purpose of paying the investigation fees, and

22 non-travel expenses, of private investigator Patrick Sullivan

23 & Associates, who assisted in the preparation of the defense;

24 and

25      (2) expend $318.06 in excess of the $750 previously

26 advanced for travel expenses, pursuant to the Criminal Justice

27 Act or a total of $1068.06 for the purpose of paying the

28 travel expenses, of private investigator Patrick Sullivan &

   Associates.

1    This application is supported by the attached Declaration

2 of Alan Rubin, exhibits thereto, and the files and records of

3 this case.

4 DATED: January 21, 1993   Respectfully submitted,

5                          EPSTEIN, ADELSON, RUBIN & BELTER

6

7

8                          By: Alan Rubin
                               Attorney for Defendant
9                              HUMBERTO ALVAREZ-MACHAIN

## DECLARATION OF ALAN RUBIN

I, Alan Rubin, do hereby declare and say:

1. I am the attorney of record for HUMBERTO ALVAREZ-MACHAIN in <u>United States of America v. HUMBERTO ALVAREZ-MACHAIN</u>, CR 87-422(G)-ER

2. If called as a witness I would competently testify as follows:

3. This application seeks additional funds in two separate requests, rather than a single request, because the earlier funds were authorized separately.

4. When I became lead counsel in this case I sought $2500 in CJA funds for the investigation services of Patrick Sullivan & Associates, licensed private investigators, so that they could investigate the facts in this case, including going to Mexico for intensi9ve investigation.

5. On November 18, 1992, the court authorized me to retain Patrick Sullivan & Associates to assist in the preparation of the defense, but only allowed the expenditure of $1000 in CJA funds for that purpose at that time.  The court indicated that I should reapply for additional funds if necessary.  A copy of that order is attached as Exhibit A.

6. In order to proeprly investigate this case, and find additional witnesses, it was necessary for the investigator to travel to Mexico.  The Court authorized, separately, an advance of $750 in travel funds for the trip.

7. During that trip, the investigator performed substantial investigation, including but not limited to, interviewing and arranging the appearance of witnesses to

1   testify at trial, investigating Mexican pharmacies for vitamin
2   shots which contained lidocaine, an effort which proved
3   sccessful, searching for impeachment material on the
4   Government's witnesses, etc.  He also was required to speak to
5   me at length from Mexico, by telephone, concerning the results
6   of his investigation so that I could prepare for trial.

7       8. As a result of all his efforts, the time spent for his
8   services exceeded the total of $1000 previously authorized.
9   His total for his time was $2060, plus $286.41 in non-travel
10  expenses.  Thus, a total $2346.41 was necessary to properly
11  prepare the defense.  This is $1346.41 in excess of the
12  previously authorized amount.  A copy of the investigator's
13  time sheet, and receipts for non-travel expenses, is attached
14  as Exhibit B.

15      9. Therefore, additional authority to pay them the
16  $1346.41 in investigation fees and non-travel expenses, still
17  owing to them, is necessary.

18      10. In addition, the travel expenses for the trip to
19  Mexico for investigation, totalled $1068.06 or $318.06 above
20  the previous $750 advanced to them.  Thus, an additional
21  authorization of $318.06 of travel expenses is necessary.  A
22  copy of the travel expenses receipts, as well as a summary
23  sheet, is attached as Exhibit C.

24      11. All of the work performed by them was at my request
25  and was essential to the proper preparation of the defense.
26  / / / / /
27  / / / / /
28  / / / / /

4

12. I therefore request this additional authority necessary to ensure that the investigator is paid.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed January 21, 1993 at Los Angeles, California.

ALAN RUBIN

# EXHIBIT A

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _____ NOV 18 1992

DEPUTY CLERK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )    No. CR 87-422-ER
                                 )
              Plaintiff,         )    ORDER APPROVING $1,000 IN
                                 )    CJA FUNDS FOR INVESTIGATOR'S
              vs.                )    SERVICES FOR DEFENDANT
                                 )    MACHAIN
                                 )
HUMBERTO ALVAREZ-MACHAIN,        )
et al.,                          )
              Defendants.        )
                                 )
                                 )
_____)

    The Court has considered defendant Machain's ex parte application

for an order approving $2,500 in investigator's fees for the services

of Patrick Sullivan and Associates.  The Court is of the tentative view

that Mr. Rubin has not sufficiently shown a need for $2,500 in

investigative fees and Denies this application.

    Under 18 U.S.C. § 3006A, the maximum amount authorized for CJA

funds for services other than counsel is $1,000.  At this time, the

1

1   Court finds $1,000 to be reasonable and Approves $1,000 in investigator
2   fees pursuant to 18 U.S.C. § 3006A.  Mr. Rubin may later reapply to the
3   Court for additional investigative service fees if the need for those
4   services should arise.

6       IT IS SO ORDERED.
7       IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by
8   United States mail, copies of this Order on counsel for the parties in
9   this matter.
10      DATED:  November 18, 1992.

                              EDWARD RAFEEDIE
                              United States District Judge

EXHIBIT B

# WORK SHEET I.

HUMBERTO
ALVAREZ-
MACHAIN

| DATE | TIME | EXP. | MIL. | EXPLANATION |
|---|---|---|---|---|
| 11/23/92 | 2.0 | 10⁰⁰ PKG | | CONF. W/ A. RUBIN & P. SULLIVAN |
| 11/28/92 | 1.5 | | | CONF W/ A. RUBIN @ M.D.C.  RE: WIT LIST COURT ORDER |
| 11/30/92 | 1.0 | 3⁰⁰ PKG. | | U.S. MARSHALS OFC. RE: TRAVEL EXPENSE |
| 12/1/92 | 1.5 | 3⁰⁰ PKG | | CONF W/ A. RUBIN & CLIENT (MACHAIN) |
| 12/1/92 | .5 | | | TRAVEL TO AIRPORT (LAX) |
| 12/1/92 | 4.75 | 14⁰⁰ TAXI | | TRAVEL TO GUAD. MEX & HOTEL SIGN IN |
| 12/2/92 | .25 | | | TEL. CONV. RAMÓN ÁLVAREZ (ADDRESS & DIRECTIO) |
| 12/2/92 | 3.0 | | | TRAVEL TO I/W DR. ALBERTO HERNANDEZ RE: DRUG USE & SYRINGE |
| 12/2/92 | 1.0 | | | TRAVEL TO PENSADOR MEXICANA 1452 SECTOR REFORMA RE: INTERVIEW PHARMACIST |
| 12/2/92 | 1.5 | | | I/W MRS. ALVAREZ (CLIENTS WIFE) |
| 12/2/92 | 2.0 | | | TRAVEL TO & FROM ABOVE LOCATION |
| 12/2/92 | 1.0 | | | TRAVEL TO MEXICALZINGO 1853 RE: CONTACT MARIA DE ROBLES |
| 12/3/92 | .25 | | | SPOKE W/ M. DE ROBLES TO SET UP INTERVIEW. |
| 12/3/92 | 1.0 | | | TRAVEL TO MEXICALZINGO 1853 TO INTERVIEW WIT. M. DE ROBLES |
| 12/3/92 | .5 | | | TRAVEL TO P.G.R - FED. POLICE (MR. CROSSWELL) |
| 12/3/92 | 2.0 | | | I/W MR. CROSSWELL |
| 12/3/92 | 1.0 | | | I/W GUILLERMO CHAVEZ |
| 12/3/92 | .5 | | | I/W MRS. ALVAREZ |
| 12/4/92 | .5 | | | I/W MAGO RE: TRAVEL TO U.S. TO TESTIFY |
| 12/4/92 | .5 | | | PHONE U.S. CUSTOMS (MEXICO CITY) AGT. RICHARD CRAMER |
| 12/4/92 | .5 | | | TRAVEL TO P.G.R. (FED POLICE) |
| 12/4/92 | 1.5 | | | I/W MR. CROSSWELL & MR. CAMPOS @ P.G.R. |
| 12/4/92 | .5 | | | TRAVEL TO MRS. ALVAREZ RESIDENCE |
| 12/4/92 | 2.0 | | | I/W MRS. ALVAREZ & 2 SONS & INFO OF CHARACTER WITS. |

HUMBERTO
ALVAREZ
MACHAIN!

| DATE | TIME | EXPENSE | MILEAGE | EXPLANATION |
|------|------|---------|---------|-------------|
| 12/4/92 | .5 | | | I/w ANNA MARIA ALVAREZ & MOTHER |
| 12/4/92 | .5 | | | TRAVEL TO ANGUIANO RESIDENCE |
| 12/4/92 | 1.0 | | | I/w FRANCISCO ANGUIANO (GOOD WIT) |
| 12/4/92 | 1.0 | | | I/w DR. MARCELINO PIZARIN |
| 12/4/92 | 1.0 | | | I/w AMPARO HERNANDEZ CHAVEZ |
| 12/5/92 | .5 | | | TEL. CONV. RE: FAX TO ALAN RUBIN |
| 12/5/92 | .5 | $7⁰⁰ | | TRAVEL TO PHARMACY / PHOTOS (FILM - 36 EXP.) |
| 12/5/92 | 1.5 | | | PHOTO AT SCENE & OF "BEDOJELTO" SYRINGES. |
| 12/5/92 | .5 | | | TRAVEL TO 1853 MEXICALZINGO |
| 12/5/92 | .5 | | | PHOTOS OF CLIENTS OFC. |
| 12/5/92 | 5.0 | | | RETURN FLIGHT TO LAX. FROM GUADLAJAR |
| 12/7/92 | | $25.²⁷ | | FILM DEVELOPING |
| 12/8/92 | 2.0 | $3⁰⁰ PKG | | DELIVER PHOTOS TO FED. COURT (ALAN RUBIN) |
| 12/10/92 | 1.0 | $3⁰⁰ PKG. | | ATTY CONF. FED. COURT RE: WIT TRAVEL |
| 12/10/92 | .25 | | | CALL TO GUADALAJARA – MRS. ALVAREZ |
| | .25 | | | – MARGARITA DE ROB. RUTH PEREZ |
| | .25 | | | – FRANCISCO ANGUIAN. |
| | .25 | | | – AMPARO HERNANDEZ |
| 12/10/92 | .25 | | | CALL TO GUADALAJARA – ANA ROSA ALVAREZ |
| 12/11/92 | .25 | | | CALL TO MERCK PHARMACY WEST POINT, PA. |
| 12/11/92 | .25 | | | CALL TO GUADALAJARA U.S. CONSULATE RE: VISAS |
| 12/11/92 | .25 | | | CALL TO GUADALAJARA AMPARO HERNANDEZ (VISA PROBLEM) |
| 12/11/92 | .25 | | | RESERVATIONS OTANI HOTEL (L.A.) (DEFENSE WITS) |
| 12/11/92 | .25 | | | CALL TO LIFECO TRAVEL / CONFIRM AIR RESERVATN (WITS) |

| DATE | TIME | EXPENSES | MILEAGE | EXPLANATION |
|------|------|----------|---------|-------------|
| 12/11/92 | .5 | | | ATTY CONF. (ALAN RUBIN) |
| 12/14/92 | .25 | | | CALL MERCK PHARM. (PA.) |
| 12/14/92 | .25 | | | CALL U.S. CONSULATE (GUADALAJARA) MARK PAREDES |
| 12/14/92 | | $5.00 | | FAX TO U.S. CONSULATE IN GUAD. |
| 12/14/92 | .5 | | | (2) PHONE CONV. MRS. ALVAREZ (GUAD) RE: CANCELLATION. |
| 12/14/92 | .5 | $3.00 PKG | | COURT APPEARENCE (ACQUITTAL) |
| 12/14/92 | .75 | | | CANCEL TRAVEL & HOTEL (RE: WITS) |
| | 51.5 HRS. | $76.27 | | |

| | |
|---|---|
| 0• | c |
| 0• | c |
| 49•29 | + |
| 3•62 | + |
| 6•22 | + |
| 1•03 | + |
| 11•69 | + |
| 10•18 | + |
| 6•77 | + |
| 1•03 | + |
| 69•83 | * |

**PACIFIC BELL**
A Pacific Telesis Company

| | | | |
|---|---|---|---|
| Account Number | 805 294-9037 386 S 8 | Page | 13 |
| Statement Date | Jan  4,1993 | | |

**AT&T**

| Questions | For AT&T billing questions on this page call: | No Charge | 1 800 325-0138 |
|---|---|---|---|
| | For changes to your service or for advice on Long Distance call: | No Charge | 1 800 222-0400 |

**Calls**

| Itm | Date | Time | Min | ✱ | Place and Number Called | | Charge |
|---|---|---|---|---|---|---|---|
| 1 | Dec 3 | | 3 | | SY GUADAJR JA MX 523 614 3127 | Coll | 7.88 |
| 2 | Dec11 | 129P | 2 | | DR GUADAJR JA MX 523 626 6808 | | 3.18 |
| 3 | Dec11 | 222P | 7 | | DR GUADAJR JA MX 523 614 5501 | | 10.23 |
| 4 | Dec11 | 232P | 10 | | DR GUADAJR JA MX 523 673 0400 | | 14.46 |
| 5 | Dec11 | 254P | 1 | | DR GUADAJR JA MX 523 625 2998 | | 1.77 |
| 6 | Dec11 | 403P | 7 | | DR TIJUANA LO MX 526 686 3847 | | 2.92 |
| 7 | Dec14 | 1010A | 5 | | DR GUADAJR JA MX 523 673 0400 | | 7.41 |
| ✱ See Rate Key on Reverse | | | | | | | |
| **Call Subtotal** | | | | | | | **$47.85** |

**Monthly Charges and Credits**

| Itm | | Charge |
|---|---|---|
| 8 Tax:  Fed:   1.44 | | 1.44 |
| **Monthly Charges and Credits Subtotal** | | **$1.44** |

| Total | AT&T Current Charges | $49.29 ✓ |
|---|---|---|

This portion of your bill is provided as a service to AT&T.  There is no connection between Pacific Bell and AT&T.  You may choose another company for your long distance calls while still receiving your local telephone service from Pacific Bell.

# Rockwell Communications
P.O. Box 21243
Santa Barbara, CA 93121

[ R252949037 ] BILLING PERIOD: 11/25 - 12/25/92    PAGE 1

CALL DETAIL FOR: 805-294-9037

| DATE | TIME | MIN | R | DESTINATION | TELEPHONE | COST | | DATE | TIME | MIN | R | DESTINATION | TELEPHONE | COST |
|------|------|-----|---|-------------|-----------|------|---|------|------|-----|---|-------------|-----------|------|
| 11/27 | 10:47A | 3.8 | D | CATASAUQUA PA | 215-266-9313 | 0.67 | | 11/30 | 09:58A | 3.4 | D | JAMESTOWN CA | 209-984-5291 | 0.46 |
| 11/30 | 11:49A | 5.4 | D | SOLEDAD    CA | 408-678-3951 | 0.73 | | 12/22 | 09:29A | 4.7 | D | SACRAMENTO CA | 916-322-7773 | 0.63 |

|  | TOTAL | CALLS 4 | MIN 17.3 | COST $2.49 |
|--|-------|---------|----------|------------|

CALL DETAIL FOR: 805-294-9037 ( INFORMATION )

| DATE | TIME | MIN | R | DESTINATION | TELEPHONE | COST | | DATE | TIME | MIN | R | DESTINATION | TELEPHONE | COST |
|------|------|-----|---|-------------|-----------|------|---|------|------|-----|---|-------------|-----------|------|
| 11/30 | 11:39A | 1.0 | D | DIR ASST  CA | 209-555-1212 | 0.40 | | | | | | | | |

|  | INFO CALLS TOTAL | CALLS 1 | MIN 1.0 | COST $0.40 |
|--|------------------|---------|---------|------------|

|  | TOTALS FOR 805-294-9037 | CALLS 5 | MIN 18.3 | COST $2.89 |
|--|-------------------------|---------|----------|------------|

CALL DETAIL FOR: 805-294-1272 ( INTERNATIONAL )

| DATE | TIME | MIN | R | DESTINATION | TELEPHONE | COST | | DATE | TIME | MIN | R | DESTINATION | TELEPHONE | COST |
|------|------|-----|---|-------------|-----------|------|---|------|------|-----|---|-------------|-----------|------|
| 12/14 | 09:48A | 2.4 | D | MEXICO  5 23 | 000-626-6549 | 3.62 | | | | | | | | |

|  | INTL CALLS TOTAL | CALLS 1 | MIN 2.4 | COST $3.62 |
|--|------------------|---------|---------|------------|

|  | TOTALS FOR 805-294-1272 | CALLS 1 | MIN 2.4 | COST $3.62 |
|--|-------------------------|---------|---------|------------|

CALL DETAIL FOR: 805-294-9038

| DATE | TIME | MIN | R | DESTINATION | TELEPHONE | COST | | DATE | TIME | MIN | R | DESTINATION | TELEPHONE | COST |
|------|------|-----|---|-------------|-----------|------|---|------|------|-----|---|-------------|-----------|------|
| 11/30 | 01:08P | 10.3 | D | SOLEDAD    CA | 408-678-3951 | 1.39 | | 11/30 | 01:22P | 0.9 | D | LINDSAY  CA | 209-562-6238 | 0.12 |
| 12/02 | 09:33A | 0.6 | D | FREMNTNWRK CA | 510-790-4600 | 0.08 | | | | | | | | |

|  | TOTAL | CALLS 3 | MIN 11.8 | COST $1.59 |
|--|-------|---------|----------|------------|

|  | TOTALS FOR 805-294-9038 | CALLS 3 | MIN 11.8 | COST $1.59 |
|--|-------------------------|---------|----------|------------|

# Rockwell Communications
P.O. Box 21243
Santa Barbara, CA 93121

**[ R252949037 ] BILLING PERIOD: 11/25 – 12/25/92     PAGE 2**

## CALL DETAIL FOR: 805-294-9039

| DATE | TIME | MIN | R | DESTINATION | TELEPHONE | COST |
|------|------|-----|---|-------------|-----------|------|
| 11/27 | 02:19P | 7.5 | D | NEW YORK | NY 212-674-0728 | 1.32 |
| 11/30 | 09:46A | 4.3 | D | CORCORAN | CA 209-992-8800 | 0.58 |
| 12/01 | 09:14A | 11.7 | D | SOLEDAD | CA 408-678-3951 | 1.58 |
| 12/02 | 09:05A | 7.7 | D | OVERLANDPK | KS 913-631-2155 | 1.36 |
| 12/03 | 08:59A | 2.4 | D | JAMESTOWN | CA 209-984-5291 | 0.32 |

| DATE | TIME | MIN | R | DESTINATION | TELEPHONE | COST |
|------|------|-----|---|-------------|-----------|------|
| 11/30 | 07:32A | 11.6 | N | CARSONCITY | NV 702-883-9130 | 2.04 |
| 11/30 | 03:30P | 3.5 | D | VISALIA | CA 209-734-1024 | 0.47 |
| 12/01 | 09:27A | 3.8 | D | BARTLESVL | OK 918-335-3135 | 0.67 |
| 12/02 | 05:37P | 2.7 | E | BARTLESVL | OK 918-335-3135 | 0.48 |
| 12/03 | 09:07A | 3.3 | D | CORCORAN | CA 209-992-8800 | 0.45 |

|  | TOTAL | CALLS 10 | MIN 58.5 | COST $9.27 |
|---|---|---|---|---|

## CALL DETAIL FOR: 805-294-9039 ( INFORMATION )

| DATE | TIME | MIN | R | DESTINATION | TELEPHONE | COST |
|------|------|-----|---|-------------|-----------|------|
| 12/01 | 06:34P | 1.0 | D | DIR ASST | KS 913-555-1212 | 0.60 |

|  | INFO CALLS TOTAL | CALLS 1 | MIN 1.0 | COST $0.60 |
|---|---|---|---|---|

## CALL DETAIL FOR: 805-294-9039 ( INTERNATIONAL )

| DATE | TIME | MIN | R | DESTINATION | TELEPHONE | COST |
|------|------|-----|---|-------------|-----------|------|
| 11/30 | 02:05P | 7.2 | D | MEXICO | 5 23 000-613-0027 | 10.18 |
| 12/03 | 07:17A | 4.7 | D | MEXICO | 5 23 000-614-5714 | 6.77 |
| 12/03 | 06:13P | 0.5 | D | MEXICO | 5 23 000-614-5714 | 1.03 |

| DATE | TIME | MIN | R | DESTINATION | TELEPHONE | COST |
|------|------|-----|---|-------------|-----------|------|
| 11/30 | 05:10P | 4.3 | D | MEXICO | 5 23 000-613-0027 | 6.22 |
| 12/03 | 06:12P | 0.5 | D | MEXICO | 5 23 000-614-5714 | 1.03 |
| 12/03 | 06:28P | 8.3 | D | MEXICO | 5 23 000-614-5714 | 11.69 |

|  | INTL CALLS TOTAL | CALLS 6 | MIN 25.5 | COST $36.92 |
|---|---|---|---|---|

|  | TOTALS FOR 805-294-9039 | CALLS 17 | MIN 85.0 | COST $46.79 |
|---|---|---|---|---|

## CALL DETAIL FOR: TA1 M.A.SULLIVAN

| DATE | TIME | MIN | R | DESTINATION | TELEPHONE | COST |
|------|------|-----|---|-------------|-----------|------|
| 12/14 | 06:17A | 1.0 | N | NORTHWALES | PA 215-652-5641 | 0.21 |

| DATE | TIME | MIN | R | DESTINATION | TELEPHONE | COST |
|------|------|-----|---|-------------|-----------|------|
| 12/17 | 11:38A | 0.3 | D | RESEDA | CA 818-609-5770 | 0.06 |

|  | TOTAL | CALLS 2 | MIN 1.3 | COST $0.27 |
|---|---|---|---|---|

## CALL DETAIL FOR: TA1 M.A.SULLIVAN ( TRAVEL SERVICE )

| DATE | TIME | MIN | R | DESTINATION | TELEPHONE | COST |
|------|------|-----|---|-------------|-----------|------|
| 2/11 | 10:53A | 4.4 | D | NORTHWALES | PA 215-652-5000 | 0.92 |

| DATE | TIME | MIN | R | DESTINATION | TELEPHONE | COST |
|------|------|-----|---|-------------|-----------|------|

```
                    0•      C

                  0•46     +
                  0•11     +
                  0•86     +
                  1•69     +
                  1•05     +
                  0•37     +
                  0•14     +
                  1•01     +
                  0•37     +
                  0•82     +
                  0•82     +
                  0•82     +
                 10•23     +
                  4•99     +
                 15•87     +
                 10•23     +
                 14•46     +
                  1•77     +
                  6•00     +
                  8•82     +
                 10•23     +
                 17•28     +
                  1•30     +
                  9•86     +
                  0•75     +
                120•31     *
```

MARK RA GEL

**PACIFIC BELL.**
A Pacific Telesis Company

| | | |
|---|---|---|
| Account Number | 310 324-1398 858 S 1 | Page    2 |
| Statement Date | Dec 26,1992 | |

**PACIFIC BELL.**

| Questions | For billing questions call: | No Charge | 1 800 281-8899 |
|---|---|---|---|

**Service Area 5 Calls**

| Itm | Date | Time | Min | ✳ | Place and Number Called | | | | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Nov26 | 626P | 2 | DN | AGOURA | CA 818 889 0260 | | | .21 |
| 2 | Nov26 | 628P | 1 | DN | PASADENA | CA 818 577 6504 | | ✱ | .08 |
| 3 | Nov26 | 657P | 4 | DN | DIAMONDBAR | CA 909 595 5616 | | | .34 |
| 4 | Nov28 | 211P | 3 | DN | CVNBLDWNPK | CA 818 814 1785 | | | .22 |
| 5 | Nov28 | 339P | 1 | DN | CVNBLDWNPK | CA 818 814 1785 | | | .10 |
| 6 | Nov29 | 1039A | 15 | DN | CVNBLDWNPK | CA 818 814 1785 | | | .99 |
| 7 | Nov29 | 705P | 1 | DN | SC NWHLCAS | CA 805 286 5699 | | | .12 |
| 8 | Nov29 | 710P | 7 | DN | PASADENA | CA 818 577 6504 | | ✱ | .40 |
| 9 | Nov30 | 822P | 3 | DE | NORTHRIDGE | CA 818 718 0543 | | | .46 |
| 10 | Nov30 | 906P | 3 | DE | CVNBLDWNPK | CA 818 814 1785 | | | .39 |
| 11 | Dec 5 | 608P | 1 | SN | LOSANGELES | CA 213 264 7562 | From | | .66 |
| | | | | | INGLEWOOD | CA Calling Card | | | |
| 12 | Dec 6 | 919A | 1 | DN | RESEDA | CA 818 609 5770 | | | .14 |
| 13 | Dec 6 | 937A | 10 | DN | PASADENA | CA 818 585 0883 | | | .55 |
| 14 | Dec 6 | 1032A | 1 | DN | PASADENA | CA 818 577 6504 | | ✱ | .08 |
| 15 | Dec 6 | 1039A | 23 | DN | PASADENA | CA 818 794 2624 | | ✱ | 1.23 |
| 16 | Dec 6 | 151P | 20 | DN | LA PUENTE | CA 818 912 8208 | | | 1.31 |
| 17 | Dec 7 | 923P | 3 | DE | CVNBLDWNPK | CA 818 814 1785 | | | .39 |
| 18 | Dec 7 | 926P | 6 | DE | NORTHRIDGE | CA 818 718 0543 | | | .86 |
| 19 | Dec 7 | 933P | 23 | DE | CVNBLDWNPK | CA 818 814 1785 | | | 2.63 |
| 20 | Dec 9 | 835A | 1 | DD | CVNBLDWNPK | CA 818 915 4957 | | | .25 |
| 21 | Dec 9 | 304P | 1 | DD | CVNBLDWNPK | CA 818 915 4957 | | | .25 |
| 22 | Dec 9 | 307P | 10 | DD | VAN NUYS | CA 818 907 8986 | | | 1.69 |
| 23 | Dec 9 | 229P | 5 | SD | WLOSANGELS | CA   -  473 6447 | From | | 1.05 |
| | | | | | LOSANGELES | CA Calling Card | | | |
| 24 | Dec10 | 758A | 9 | D3 | AGOURA | CA 818 889 0260 | | | 1.75 |
| 25 | Dec10 | 608P | 7 | DE | AGOURA | CA 818 889 0260 | | | 1.14 |
| 26 | Dec11 | 1115A | 1 | DD | SATICOY | CA 805 645 4802 | | | .37 |
| 27 | Dec12 | 131P | 1 | DN | SATICOY | CA 805 645 4802 | | | .14 |
| 28 | Dec12 | 155P | 7 | DN | CYPRESS | CA 714 761 9068 | | | .40 |
| 29 | Dec12 | 202P | 1 | DN | CVNBLDWNPK | CA 818 814 1785 | | | .10 |
| 30 | Dec13 | 1124A | 1 | DN | CYPRESS | CA 714 761 9068 | | | .08 |
| 31 | Dec13 | 1201P | 8 | DN | CVNBLDWNPK | CA 818 814 1785 | | | .54 |
| 32 | Dec13 | 428P | 1 | DN | CVNBLDWNPK | CA 818 814 1785 | | | .10 |
| 33 | Dec13 | 715P | 28 | DN | CYPRESS | CA 714 761 9068 | | | 1.49 |
| 34 | Dec13 | 922P | 4 | DN | PASADENA | CA 818 577 6504 | | ✱ | .24 |
| 35 | Dec14 | 207P | 2 | SD | CANOGAPARK | CA 818 225 5000 | From | | 1.01 |
| | | | | | LOSANGELES | CA Calling Card | | | |
| 36 | Dec14 | 348P | 2 | SD | PASADENA | CA 818 799 1328 | From | | .59 |
| | | | | | LOSANGELES | CA Calling Card | | | |
| 37 | Dec15 | 124P | 1 | DD | PASADENA | CA 818 798 1620 | | ✱ | .22 |
| 38 | Dec15 | 125P | 3 | DD | VAN NUYS | CA 818 997 7835 | | | .57 |
| 39 | Dec15 | 136P | 1 | DD | EL MONTE | CA 818 448 6178 | | | .22 |
| 40 | Dec15 | 138P | 1 | DD | EL MONTE | CA 818 448 6178 | | | .22 |
| 41 | Dec16 | 956A | 7 | DD | AZUSAGLNDR | CA 818 852 7448 | | | 1.42 |
| 42 | Dec16 | 628P | 2 | DE | PASADENA | CA 818 577 6504 | | ✱ | .24 |
| 43 | Dec17 | 445P | 1 | DD | CYPRESS | CA 714 827 1076 | | | .22 |
| 44 | Dec17 | 451P | 1 | DD | SATICOY | CA 805 645 4802 | | | .37 |
| 45 | Dec17 | 452P | 1 | DD | EL MONTE | CA 818 579 4881 | | | .22 |
| 46 | Dec17 | 628P | 7 | DE | AGOURA | CA 818 889 0260 | | | 1.14 |
| 47 | Dec17 | 828A | 1 | SD | RESEDA | CA 818 609 5770 | From | | .82 |
| | | | | | LOSANGELES | CA Calling Card | | | |
| 48 | Dec17 | 949A | 1 | SD | RESEDA | CA 818 609 5770 | From | | .82 |
| | | | | | LOSANGELES | CA Calling Card | | | |
| 49 | Dec17 | 1131A | 1 | SD | RESEDA | CA 818 609 5770 | From | | .82 |
| | | | | | LOSANGELES | CA Calling Card | | | |
| 50 | Dec18 | 103P | 7 | DD | PASADENA | CA 818 585 0883 | | ✱ | 1.00 |
| 51 | Dec18 | 130P | 27 | DD | VAN NUYS | CA 818 373 6228 | | | 4.41 |

**PACIFIC BELL.**
A Pacific Telesis Company

| | |
|---|---|
| Account Number | 310 324-1398 858 S 1 |
| Statement Date | Dec 26,1992 |

Page    6

**AT&T**

| Questions | For AT&T billing questions on this page call:    No Charge    1 800 222-0300 |
|---|---|

**Calls**

| Itm | Date | Time | Min | ✕ | Place and Number Called | | Charge |
|---|---|---|---|---|---|---|---|
| 1 | Nov29 | 937P | 7 | DR | GUADAJR JA MX 523 635-4306 | ∂ | 10.23 |
| 2 | Nov30 | 837P | 5 | DY | GUADAJR JA MX 523 635-4306 | ∂ | 4.99 |
| 3 | Dec10 | 227P | 11 | DR | GUADAJR JA MX 523 673 0400 | ∂ | 15.87 |
| 4 | Dec10 | 240P | 7 | DR | GUADAJR JA MX 523 625 5413 | ∂ | 10.23 |
| 5 | Dec10 | 250P | 10 | DR | GUADAJR JA MX 523 626 6808 | ∂ | 14.46 |
| 6 | Dec10 | 308P | 1 | DR | GUADAJR JA MX 523 618 5501 | ∂ | 1.77 |
| 7 | Dec10 | 310P | 4 | DR | GUADAJR JA MX 523 651 2743 | ∂ | 6.00 |
| 8 | Dec14 | 750A | 6 | DR | GUADAJR JA MX 523 625 2998 | ∂ | 8.82 |
| 9 | Dec14 | 243P | 7 | DR | GUADAJR JA MX 523 673 0400 | ∂ | 10.23 |
| 10 | Dec15 | 140P | 12 | DR | GUADAJR JA MX 523 635 4306 | ∂ | 17.28 |

✕ See Rate Key on Reverse
∂ AT&T charges are included in subtotal

| Call Subtotal | $99.88 |
|---|---|

**Monthly Charges and Credits**

| Itm | | | | Charge |
|---|---|---|---|---|
| 11 Tax:    Fed:    3.00 | | Local:    6.49 | | 9.49 |

| Monthly Charges and Credits Subtotal | $9.49 |
|---|---|

**Total**

| AT&T Current Charges | $109.37 |
|---|---|

This portion of your bill is provided as a service to AT&T.  There is no connection between Pacific Bell and AT&T.  You may choose another company for your long distance calls while still receiving your local telephone service from Pacific Bell.

8  14 BP45 3103241398858 S 1 E020A 90504 CR19  183

**PACIFIC�***BELL.**
A Pacific Telesis Company

| Account Number | 310 324-1398 858 S 1 | Page | 7 |
|---|---|---|---|
| Statement Date | Dec 26,1992 | | |

◆ *Sprint.*

| Questions | For billing questions call: | No Charge | 1 800 281-8899 |
|---|---|---|---|

| Calls | Itm Date Time Min ✻ Place and Number Called | Charge |
|---|---|---|
| | 21 Dec 10 1120A 2 SD WASHINGTON DC 202 501 8429 From LOSANGELES CA Calling Card | 1.30 |
| | ✻ See Rate Key on Reverse | |
| | Call Subtotal | $1.30 |

| Monthly Charges and Credits | Itm | Charge |
|---|---|---|
| | 2 Tax: Fed: .04 Local: .08 | .12 |
| | Monthly Charges and Credits Subtotal | $.12 |

| Total | Sprint Current Charges | $1.42 |
|---|---|---|

**PACIFIC BELL.**
A Pacific Telesis Company

| | |
|---|---|
| Account Number | 310 324-1398 858 S 1 |
| Statement Date | Dec 26,1992 |

Page    8



| Questions | For billing questions call: | No Charge | 1 800 875-9235 |
|---|---|---|---|

**Calls**

| Itm | Date | Time | Min | * | Place and Number Called | Charge |
|---|---|---|---|---|---|---|
| 1 | Nov25 | 845A | 6 | DD | LOSANGELES CA 213 688 4400 From | 2.34 |
| | | | | | GARDENA    CA 800 783 9235 | |
| 2 | Nov25 | 617P | 2 | DE | PASADENA   CA 818 577 6504 From | 1.18 |
| | | | | | GARDENA    CA 800 783 9235 | |
| 3 | Nov28 | 1048A | 3 | DN | CVNBLDWNPK CA 818 814 1785 From | 1.47 |
| | | | | | GARDENA    CA 800 783 9235 | |
| 4 | Nov30 | 745A | 2 | DD | NEWHALL    CA 805 298 7393 From | 1.18 |
| | | | | | GARDENA    CA 800 783 9235 | |
| 5 | Nov30 | 900A | 4 | DD | UPLAND     CA 909 982 8454 From | 1.76 |
| | | | | | GARDENA    CA 800 783 9235 | |
| 6 | Nov30 | 1044A | 5 | DD | W. ANGELES CA  -  473 6447 From | 2.05 |
| | | | | | GARDENA    CA 800 783 9235 | |
| 7 | Nov30 | 615P | 2 | DE | CVNBLDWNPK CA 818 814 1785 From | 1.18 |
| | | | | | GARDENA    CA 800 783 9235 | |
| 8 | Dec 1 | 247P | 5 | DD | GUADAJR JA MX 523 614 5714 | 9.86 |
| 9 | Dec11 | 943A | 1 | DD | DIR ASSIST    215 555 1212 | .75 |
| 10 | Dec15 | 139P | 1 | DD | SAN JOSE   CA 408 562 8336 | .15 |
| 11 | Dec17 | 722P | 11 | DE | SAN DIEGO  CA 619 264 6745 | 1.18 |
| 12 | Dec18 | 129P | 1 | DD | SAN JOSE   CA 408 562 8336 | .15 |
| 13 | Dec19 | 453P | 3 | DN | CHINO      CA 909 591 2255 From | 1.47 |
| | | | | | GARDENA    CA 800 783 9235 | |

* See Rate Key on Reverse

| Call Subtotal | $24.72 |
|---|---|

**Monthly Charges and Credits**

| Itm | Charge |
|---|---|
| 14 Universal Lifeline Telephone Service Surcharge. | .56 |
| 15 Communication Devices Funds for Deaf and Disabled | .04 |
| 16 State Regulatory Fee | .01 |
| 17 Tax: Fed:     .76  911:     .10  Local:    1.65 | 2.51 |
| Monthly Charges and Credits Subtotal | $3.12 |

| Total | Excel Telecommunication Current Charges | $27.84 |
|---|---|---|

# EXHIBIT C

# PATRICK SULLIVAN & ASSOCIATES
### Private Investigations
27720 Ave. Scott, Suite 100
Santa Clarita, California 91355
Calif. Lic. # PI 13624
(805) 294-9037

January 4, 1993

Alan Rubin
Attorney at Law
11835 W. Olympic Blvd., Ste. 1235
Los Angeles, Calif. 90064

Re:  HUMBERTO MACHAIN M.D.
Subject:  Expenses

Mr. Rubin,

    Below you will find an itemized list of expenses that were incurred during this investigation while Investigator Mark Rangel was in Guadalajara, Mexico.  As I explained in our phone conversation, the telephone expenses were much more than we anticipated .  That, along with the exorbitant rate charged for renting a car, led to a higher expense cost.

| | | |
|---|---|---:|
| Lodging | (4 nights) & telephone | $642.74 |
| Car rental | (5 days) | 236.32 |
| Food | (5 days) | 125.00 |
| Gas | (5 days) | 39.00 |

| | |
|---|---:|
| TOTAL | $1,068.06 |
| ADVANCE | - 750.00 |
| TOTAL DUE | $  318.06 |

Respectfully submitted,

Patrick Sullivan
Private Investigator

PS/mas
enclosures



PAGARE TARJETA BANCOMER

4726 352 282 905

09/91    08/93 CV
89
PATRICK SULLIVAN

FOLIO 5929013

DIA AÑO MES No. AUTORIZACION
DESCRIPCION

IMPORTE
$
PROPINAS
$
TOTAL M.N.
$

5    CT    802876
OPERADORA EL FENIX
GUADALAJARA JAL

4 nights

ESTE PAGARE SERA NEGOCIABLE UNICAMENTE
CON INSTITUCIONES DE CREDITO

FIRMA DEL SUSCRIPTOR

CLIENTE

OPERADORA EL FENIX, S.A. DE C.V.
AV. CORONA No.160    C.P. 44100 GUADALAJARA, JAL.
RFC: OFE 860728-TR5        TEL:(913)614-57-14

HUESPED    : RANGEL MARY

FECHA (Date) : 12-03-1992
FOLIO (Record): 10063
EXTENS(Ext.) : 7/104

IMPORTE DE LLAMADAS TELEFONICAS DE LARGA DISTANCIA
( Charge for long distance phone call )

Valencia Cal 294987

| FECHA (Date) | LUGAR (Place) | TELEFONO (Telephone) | HORA DE LLAMADA (Call Time) | DURACION (min.) (Duration) | IMPORTE ($) (Amount) | I.V.A. ($) (S. Tax) | TOTAL ($) |
|---|---|---|---|---|---|---|---|
| 92.12.03 | OPERADORA L.DISTANCIA INT.CARG | 09-- | 19:54:00 | 3 | 9.091 | 909 | 10.000 |

*** DIEZ MIL PESOS 00/100 NN ***

---

OPERADORA EL FENIX, S.A. DE C.V.
AV. CORONA No.160    C.P. 44100 GUADALAJARA, JAL.
RFC: OFE 860728-1R5        TEL:(913)614-57-14

HUESPED  : RANGEL MARK

FECHA (Date)  : 12-04-1992
FOLIO (Record): 10103
EXTENS(Ext.)  : 71104

IMPORTE DE LLAMADAS TELEFONICAS DE LARGA DISTANCIA
( Charge for long distance phone call )

---

| FECHA<br>(Date) | LUGAR<br>(Place) | TELEFONO<br>(Telephone) | HORA DE LLAMADA<br>( Call time ) | DURACION (min.)<br>( Duration ) | IMPORTE ($)<br>( Amount ) | I.V.A. ($)<br>( S. Tax ) | TOTAL<br>($) |
|---|---|---|---|---|---|---|---|
| 92.12.04 | PASADENA/CANOGA PARK,CALIFORNI | 95-818-9890260 | 00:03:00 | 3 | 111.523 | 11.152 | 122.675 |

*** CIENTO VEINTE Y DOS MIL SEISCIENTOS SETENTA Y CINCO PESOS 00/100 MN ***
( *** ONE HUNDRED, TWENTY TWO THOUSAND SIX HUNDRED AND SEVENTY FIVE PESOS 00/100 MN *** )

( *** THIRTY TWO THOUSAND FIVE HUNDRED PESOS 00/100 MN *** )

---

OPERADORA EL FENIX, S.A. DE C.V.
AV. CORONA No.160    C.P. 44100 GUADALAJARA, JAL.
RFC: OFE 860728-TR5        TEL:(913)614-57-14

HUESPED  : RANGEL MARK

FECHA (Date)  : 12-03-1992
FOLIO (Record): 10077
EXTENS(Ext.)  : 71104

IMPORTE DE LLAMADAS TELEFONICAS DE LARGA DISTANCIA
( Charge for long distance phone call )

---

| FECHA<br>(Date) | LUGAR<br>(Place) | TELEFONO<br>(Telephone) | HORA DE LLAMADA<br>( Call time ) | DURACION (min.)<br>( Duration ) | IMPORTE ($)<br>( Amount ) | I.V.A. ($)<br>( S. Tax ) | TOTAL<br>($) |
|---|---|---|---|---|---|---|---|
| 92.12.03 | LOS ANGELES/REDONDO BEACH,CALI | 95-310-5156019 | 20:41:00 | 3 | 31.829 | 3.183 | 35.012 |

*** TREINTA Y CINCO MIL DOCE PESOS 00/100 MN ***

OPERADORA EL FENIX, S.A. DE C.V.
AV. CORONA No.160   C.P. 44100 GUADALAJARA, JAL.
RFC: OFE 860728-TR5        TEL:(913)614-57-14

FECHA (Date) : 12-02-1992
FOLIO (Record): 9898
EXTENS(Ext.) : 71104

HUESPED   : RANGEL MARK

INPORTE DE LLAMADAS TELEFONICAS DE LARGA DISTANCIA
( Charge for long distance phone call )

| FECHA (Date) | LUGAR (Place) | TELEFONO (Telephone) | HORA DE LLAMADA ( Call time ) | DURACION (min.) ( Duration ) | IMPORTE ($) ( Amount ) | I.V.A. ($) ( S. Tax ) | TOTAL ($) |
|---|---|---|---|---|---|---|---|
| 92.12.02 | BAKERSFIELD,CALIFORNIA | 95-805-2949037 | 07:13:00 | 3 | 31.829 | 3.183 | 35.012 |

*** TREINTA Y CINCO MIL DOCE PESOS 00/100 MN ***
( *** THIRTY FIVE THOUSAND AND TWELVE PESOS 00/100 MN *** )

OPERADORA EL FENIX, S.A. DE C.V.
AV. CORONA No.160   C.P. 44100 GUADALAJARA, JAL.
RFC: OFE 860728-TR5        TEL:(913)614-57-14

FECHA (Date) : 12-04-1992
FOLIO (Record): 10104
EXTENS(Ext.) : 71104

HUESPED   : RANGEL MARK

INPORTE DE LLAMADAS TELEFONICAS DE LARGA DISTANCIA
( Charge for long distance phone call )

| FECHA (Date) | LUGAR (Place) | TELEFONO (Telephone) | HORA DE LLAMADA ( Call time ) | DURACION (min.) ( Duration ) | IMPORTE ($) ( Amount ) | I.V.A. ($) ( S. Tax ) | TOTAL ($) |
|---|---|---|---|---|---|---|---|
| 92.12.04 | PASADENA/CANOGA PARK,CALIFORNI | 95-818-8141785 | 00:16:00 | 3 | 31.829 | 3.183 | 35.012 |

*** TREINTA Y CINCO MIL DOCE PESOS 00/100 MN ***

OPERADORA EL FENIX, S.A. DE C.V.
AV. CORONA No.160    C.P. 44100 GUADALAJARA, JAL.
RFC: OFE 860728-TR5        TEL:(913)614-57-14

FECHA (Date)  : 12-04-1992
FOLIO (Record): 10129
EXTENS(Ext.)  : 71104

HUESPED   : RANGEL MARK

### IMPORTE DE LLAMADAS TELEFONICAS DE LARGA DISTANCIA
( Charge for long distance phone call )

| FECHA (Date) | LUGAR (Place) | TELEFONO (Telephone) | HORA DE LLAMADA ( Call time ) | DURACION (min.) ( Duration ) | IMPORTE ($) ( Amount ) | I.V.A. ($) ( S. Tax ) | TOTAL ($) |
|---|---|---|---|---|---|---|---|
| 92.12.04 | CIUDAD DE MEXICO,DIST.FEDERAL | 91-5211-0042 | 09:56:00 | 7 | 60.713 | 6.071 | 66.784 |

**‡‡‡ SESENTA Y SEIS MIL SETECIENTOS OCHENTA Y CUATRO PESOS 00/100 MN ‡‡‡**

( ‡‡‡ SIXTY SIX THOUSAND SEVEN HUNDRED AND EIGHTY FOUR PESOS 00/100 MN ‡‡‡ )

OPERADORA EL FENIX, S.A. DE C.V.
AV. CORONA No.160    C.P. 44100 GUADALAJARA, JAL.
RFC: OFE 860728-TR5        TEL:(913)614-57-14

FECHA (Date)  : 12-04-1992
FOLIO (Record): 10132
EXTENS(Ext.)  : 71104

HUESPED   : RANGEL MARK

### IMPORTE DE LLAMADAS TELEFONICAS DE LARGA DISTANCIA
( Charge for long distance phone call )

| FECHA (Date) | LUGAR (Place) | TELEFONO (Telephone) | HORA DE LLAMADA ( Call time ) | DURACION (min.) ( Duration ) | IMPORTE ($) ( Amount ) | I.V.A. ($) ( S. Tax ) | TOTAL ($) |
|---|---|---|---|---|---|---|---|
| 92.12.04 | LOS ANGELES,CALIFORNIA | 95-310-4736447 | 08:10:00 | 3 | 31.829 | 3.183 | 35.012 |

**‡‡‡ TREINTA Y CINCO MIL DOCE PESOS 00/100 MN ‡‡‡**

OPERADORA EL FENIX, S.A. DE C.V.                                    FECHA (Date)  : 12-03-1992
AV. CORONA No.160    C.P. 44100 GUADALAJARA, JAL.                   FOLIO (Record): 10017
RFC: OFE 860728-TR5    TEL:(913)614-57-14                           EXTENS(Ext.)  : 71104

HUESPED   : RANGEL MARK

                        IMPORTE DE LLAMADAS TELEFONICAS DE LARGA DISTANCIA
                          ( Charge for long distance phone call )

---

| FECHA (Date) | LUGAR (Place) | TELEFONO (Telephone) | HORA DE LLAMADA ( Call time ) | DURACION (min.) ( Duration ) | IMPORTE ($) ( Amount ) | I.V.A. ($) ( S. Tax ) | TOTAL ($) |
|---|---|---|---|---|---|---|---|
| 92.12.03 | BAKERSFIELD,CALIFORNIA | 95-805-2949037 | 09:41:00 | 11 | 95.584 | 9.558 | 105.142 |

*** CIENTO CINCO MIL CIENTO CUARENTA Y DOS PESOS 00/100 MN ***
( *** ONE HUNDRED FIVE THOUSAND ONE HUNDRED AND FORTY TWO PESOS 00/100 MN *** )

---

OPERADORA EL FENIX, S.A. DE C.V.                                    FECHA (Date)  : 12-02-1992
AV. CORONA No.160    C.P. 44100 GUADALAJARA, JAL.                   FOLIO (Record): 9937
RFC: OFE 860728-TR5    TEL:(913)614-57-14                           EXTENS(Ext.)  : 71104

HUESPED   : RANGEL MARK

                        IMPORTE DE LLAMADAS TELEFONICAS DE LARGA DISTANCIA
                          ( Charge for long distance phone call )

---

| FECHA (Date) | LUGAR (Place) | TELEFONO (Telephone) | HORA DE LLAMADA ( Call time ) | DURACION (min.) ( Duration ) | IMPORTE ($) ( Amount ) | I.V.A. ($) ( S. Tax ) | TOTAL ($) |
|---|---|---|---|---|---|---|---|
| 92.12.02 | LOS ANGELES,CALIFORNIA | 95-310-4736447 | 17:14:00 | 8 | 71.676 | 7.168 | 78.844 |

*** SETENTA Y OCHO MIL OCHOCIENTOS CUARENTA Y CUATRO PESOS 00/100 MN ***

OPERADORA EL FENIX, S.A. DE C.V.                                    FECHA (Date)  : 12-05-1992
AV. CORONA No.160    C.P. 44100 GUADALAJARA, JAL.                   FOLIO (Record): 10200
RFC: OFE 860728-TR5        TEL:(913)614-57-14                       EXTENS(Ext.)  : 71104

HUESPED   : RANGEL MARK

                    IMPORTE DE LLANADAS TELEFONICAS DE LARGA DISTANCIA
                        ( Charge for long distance phone call )

| FECHA (Date) | LUGAR (Place) | TELEFONO (Telephone) | HORA DE LLAMADA ( Call time ) | DURACION (min.) ( Duration ) | IMPORTE ($) ( Amount ) | I.V.A. ($) ( S. Tax ) | TOTAL ($) |
|---|---|---|---|---|---|---|---|
| 92.12.05 PASADENA,CALIFORNIA | | 95-818-7180543 | 10:24:00 | 26 | 215.125 | 21.513 | 236.638 |

*** DOSCIENTOS TREINTA Y SEIS MIL SEISCIENTOS TREINTA Y OCHO PESOS 00/100 MN ***
( *** TWO HUNDRED, THIRTY SIX THOUSAND SIX HUNDRED AND THIRTY EIGHT PESOS 00/100 MN *** )

OPERADORA EL FENIX, S.A. DE C.V.                                    FECHA (Date)  : 12-04-1992
AV. CORONA No.160    C.P. 44100 GUADALAJARA, JAL.                   FOLIO (Record): 10162
RFC: OFE 860728-TR5        TEL:(913)614-57-14                       EXTENS(Ext.)  : 71104

HUESPED   : RANGEL MARK

                    IMPORTE DE LLAMADAS TELEFONICAS DE LARGA DISTANCIA
                        ( Charge for long distance phone call )

| FECHA (Date) | LUGAR (Place) | TELEFONO (Telephone) | HORA DE LLAMADA ( Call time ) | DURACION (min.) ( Duration ) | IMPORTE ($) ( Amount ) | I.V.A. ($) ( S. Tax ) | TOTAL ($) |
|---|---|---|---|---|---|---|---|
| 92.12.04 BAKERSFIELD,CALIFORNIA | | 95-805-2949037 | 19:29:00 | 13 | 111.523 | 11.152 | 122.675 |

*** CIENTO VEINTE Y DOS MIL SEISCIENTOS SETENTA Y CINCO PESOS 00/100 MN ***
( *** ONE HUNDRED, TWENTY TWO THOUSAND SIX HUNDRED AND SEVENTY FIVE PESOS 00/100 MN *** )



**QUICK RENT A CAR**

REG. FED. CAUS. AAN-860922-FU3 — REG. CAM. COM. 6407

| | |
|---|---|
| NOMBRE COMPLETO (FULL NAME) | Simon B Jebian |
| DOMICILIO LOCAL (LOCAL ADDRESS) | Fenix 1104 |
| TELEFONO (TELEPHONE) | |
| DOMICILIO PERMANENTE (HOME ADDRESS) | 678 S Oak Knoll Ave |
| TELEFONO (TELEPHONE) | 818 577 6504 |
| CIUDAD (CITY) | Pasadena Ca 91106 |
| ZONA POSTAL (ZIP CODE) | |
| PAIS (COUNTRY) | USA |
| EDAD (AGE) | |
| TRABAJA PARA (WORKS FOR) | Patrick Sullivan and Associates |
| DOMICILIO OFICINA (OFFICE ADDRESS) | 27720 Ave Scott Suite 100 |
| TELEFONO (TELEPHONE) | |
| CIUDAD (CITY) | Valencia Ca |
| ZONA POSTAL (ZIP CODE) | 805 294 9103 |
| LICENCIA NUMERO (LICENSE No.) | C 4172794 |
| CLASE (CLASS) | C |
| LUGAR Y FECHA DE EXPEDICION (DATED AND ISSUED AT) | Cal 03/18/95 |
| OTRA IDENTIFICACION (OTHER IDENTIFICATION) | Amex |
| TARJETA DE CREDITO (CREDIT CARD) | 3-728 223718 25019 7/95 |
| FACTURESE A: (BILL TO) | |
| CONDUCTOR ADICIONAL (ADDITIONAL DRIVER) | |
| DOMICILIO (HOME ADDRESS) | |
| EDAD (AGE) | |
| LICENCIA NUMERO (LICENSE No.) | |
| CLASE (CLASS) | |
| LUGAR Y FECHA DE EXPEDICION (DATED AND ISSUED AT) | |
| FIRMA DEL CONDUCTOR ADICIONAL (ADDITIONAL DRIVER'S SIGNATURE) | |
| RECOMENDADO POR (CONTACT) | |

OBSERVACIONES (REMARKS) COLLISION AND THEFT 3,000,000 PESOS DEDUCTIBLE. TRIPLE DEDUCTIBLE IF DRIVER IS UNDER 25 YEARS OLD.

ACEPTO PAGAR DEDUCIBLE POR 3,000,000 PESOS EN CASO DE ACCIDENTE, COLISION ROBO O EL TRIPLE SI EL CONDUCTOR ES MENOR DE 25 AÑOS

(12) POR LA SUMA DE $ DIARIOS (O FRACCION DE DIA) O $ SEMANARIOS ARNASA CONVIENE EN INCLUIR AL ARRENDADOR EN LA POLIZA DE SEGUROS DE GASTOS MEDICOS HASTA POR LA SUMA DE $ SIN EXCEDER DE $ POR PERSONA.
FOR $ MEX. CY. DAILY (OR FRACTION OF DAY) OR $ MEX. CY. WEEKLY, ARNASA AGREES TO INCLUDE THE RENTOR IN THE MEDICAL EXPENSES POLICY WHICH COVERS UP TO $ MEX. CY. WITHOUT EXCEEDING $ MEX. CY. PER PERSON.

(13) POR LA SUMA DE $ DIARIOS (O FRACCION DE DIA) $ SEMANALES ARNASA RELEVA AL ARRENDATARIO DEL PAGO DE DAÑOS AL VEHICULO ARRENDADO, POR EL DEDUCIBLE DE $ OCASIONADOS POR VUELCOS Y COLISIONES PERO EL ARRENDATARIO SERA TOTALMENTE RESPONSABLE POR DICHOS DAÑOS SI USA EL VEHICULO EN CONTRAVENCION A CUALQUIER DISPOSICION LEGAL O A LAS ESTIPULACIONES DE ESTE CONTRATO.
FOR THE AMOUNT OF $ DAILY MEX. (OR FRACTION A DAY) OR $ WEEKLY MEX. ARNASA RELIEVES THE RENTEE FROM THE PAYMENT OF DAMAGES TO THE RENTED CAR FOR THE DEDUCTIBLE OF CAUSED BY $ OVER OVERTURING AND COLISION, BUT THE RENTEE SHALL BE FULLY LIABLE FOR ALL DAMAGES OF ANY NATURA IF HE USES THE VEHICLE IN DISAGREEMENT TO ANY OF THE LEGAL DISPOSITIONS OR STIPULATIONS ON THIS CONTRACT.

(12) ACEPTO (ACCEPT) (13) ACEPTO (ACCEPT)

| | |
|---|---|
| MARCA (MAKE) | VW Bug |
| NUMERO (NUM) | 1144 |
| PLACAS (PLATES) | 1018 |
| MOTOR | |
| COLOR | Roj |
| TIPE (TYPE) | Sedan |
| SEGURO | Bimex |
| SE DEVOLVERA EN: (PLACE OF RETURN) | |
| FECHA VENCIMIENTO (DATE DUE IN) | 3/12 |
| HORA (TIME) | |
| DESTINO (DESTINATION) | |
| EQUIPADO CON (EQUIPMENT) | |
| RADIO | ✓ |
| HERRAMIENTA (TOOLS) | ✓ |
| LLANTA REF (SPARE TIRE) | ✓ |
| GATO (JACK) | ✓ |
| TAPONES (HUBCUPS) | ✓ |
| BANDA (FANBELT) | ✓ |
| ESPEJOS (MIRRORS) | ✓ |
| CINTURONES (BELTS) | ✓ |
| PLACAS (PLATES) | ✓ |
| T. CIRCULACION (CAR PAPERS) | ✓ |
| GAS ENTRADA (IN) / SALIDA (OUT) | 1/2 |

LOS ROBOS PARCIALES NO LOS CUBRE EL SEGURO Y SON RESPONSABILIDAD DEL ARRENDATARIO. (PARTIAL THEFT UNDER RENTEES RESPONSABILITY)

CONTRATO NUMERO (8) RENTAL AGREEMENT No. **0002**

| | | |
|---|---|---|
| (22) HORA Y FECHA DE SALIDA (TIME AND DATE OUT) | 03 10 92 9hrs | |
| HORA Y FECHA DE ENTRADA (TIME AND DATE IN) | 5 / X / 92 | |
| VELOCIMETRO ENTRADA (SPEEDO METER IN) | 45470 | K.M. |
| VELOCIMETRO SALIDA (SPEEDO METER OUT) | 45114 | K.M. |
| (3) DISTANCIA TOTAL (TOTAL DISTANCE) | 356 | K.M. |
| CARGO POR DISTANCIA (DISTANCE CHARGE MTS.) @ 906 (4) | 322,536 | |
| HORAS (HOURS) @ (5) | | |
| DIAS (DAYS) (3) @ 137,000 (6) | 411,000 | |
| SEMANAS (WEEKS) @ (7) | | |
| SUMA TIEMPO Y KMS. (TIME AND KMS. TOTAL) (8) | 733,536 | |
| 25% (9) | 183,384 | |
| SUB-TOTAL | 550,152 | |
| IMPUESTOS (TAXES) (10) | | |
| CARGO ENTRE CIUDADES (INTERCITY CHARGE) (11) | | |
| COBERTURA ACCIDENTES PERSONALES (PERSONAL ACCIDENT COVERAGE) (12) | | |
| RELEVO DAÑOS CHOQUE (COLLISION DAMAGE WAIVER) (13) 36,000 | 108,000 | |
| EXTRAS (14) | | |
| SUB-TOTAL | 658,152 | |
| CARGO POR GASOLINA (GASOLINE CHARGE) (15) | 65,815 | |
| CARGO TOTAL (TOTAL CHARGE) | 723,967 | |
| VARIOS (OTHERS) (16) 10% IVA | 15,000 | |
| DEPOSITO (DEPOST) (17) | | |
| DEPOSITO ADICIONAL (ADDITIONAL DEPOSIT) (18) | | |
| SUMA TOTAL M.N. (TOTAL AMOUNT MEX. CY.) | 708,967 | |
| REEMBOLSO M.N. (REFUND MEX. CY.) (19) | | |

AUTO RECIBIDO POR: (CAR RECEIVED BY) — RECIBI REEMBOLSO (REFUND RECEIVED)

AUTO ARRENDADORA NACIONAL, S.A. de C.V.

IMPORTE CON LETRA

# 5 days 236.32

1990

IMPRESO EN FORMAS CONTINUAS DE GUADALAJARA, S.A. DE C.V. TEL. 631-34-90 Y 631-10-44 R.F.C. FCG-640618-N51 AUT. D.O. 31 DE MARZO DE 1982

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

CLIENTE

## GASOLINERA "LAS AMERICAS" S.A.

### ESTACION DE SERVICIO 1549

CED. GAM. 740522-629                    AV. AMERICAS # 452.
CTA. ESTATAL 16535                      TEL. 6-15-97-02

Guad., Jal. 2 de Diciembre 19 92        **91649**

Sr (es) Marcos Rangel

Domicilio _____

Carro TSURU II Placas HY YOA

REG. CAM. COM. 1089

| Cant. | Descripción | Precio |
|-------|-------------|--------|
| | Litros MAGNA SIN | |
| | Litros NOVA | |
| | VERDE SE | |
| | DORADO SG | |
| | AZUL CD | |
| | DORADO CE | |
| | TRANSMISOL | |

Debo y pagaré a la orden de GASOLINERA "LAS AMERI-        SUB-TOTAL
CAS" S.A. en la ciudad de Guadalajara, Jal. la cantidad
de(                         ) M.N.                        I.V.A.
valor recibido a mi entera satisfacción.
Este pagaré es mercantil y está regido por la Ley General   TOTAL    60.000
de Til. y Op. de Crédito de su artículo 173 parte final y
correlativos por no ser pagaré domiciliario.

103                                              3:30
Despachó          Firma                          Hora

---

## GASOLINERA "LAS AMERICAS" S.A.

### ESTACION DE SERVICIO 1549

CED. GAM. 740522-629                    AV. AMERICAS # 452
CTA. ESTATAL 16535                      TEL. 6-15-97-02

Guad., Jal. 4 de Dic. de 19 92          **91700**

Sr (es) Marcos Rangel

Domicilio _____

Carro TSURU II Placas HYX 018

REG. CAM. COM. 1089

| Cant. | Descripción | Precio |
|-------|-------------|--------|
| | Litros MAGNA SIN | |
| | Litros NOVA | |
| | VERDE SE | |
| | DORADO SG | |
| | AZUL CD | |
| | DORADO CE | |
| | TRANSMISOL | |

Debo y pagaré a la orden de GASOLINERA "LAS AMERI-        SUB-TOTAL
CAS" S.A. en la ciudad de Guadalajara, Jal. la cantidad
de(                         ) M.N.                        I.V.A.
valor recibido a mi entera satisfacción.
Este pagaré es mercantil y está regido por la Ley General   TOTAL    58.000
de Til. y Op. de Crédito de su artículo 173 parte final y
correlativos por no ser pagaré domiciliario.

José                                             6:30
Despachó          Firma                          Hora

183,060

| NOMBRE | 1104   RANGEL MARK (1)  ██████ | Folio No. |
|--------|--------------------------------|-----------|
| R.F.C. | PATRICK SULLIVAN ASSOCIATES | |
| DIREC. | VALENCIA CAL. USA. | 4178 |
| | C/R C. P. DTO. VISA | |

CV 02 GCV F 4178
CARTA PENDIENTE
01-12-91   01:05      05-12-92



*MEMO*

1104/9 1 0000 9 RANG
DEC 04 04:17PM HART 1704T
520025 SERVIBAR      140100.
DEC 01  PREV BAL          0.
DEC 01  TEL LOCA     3000.
DEC 01  HABITACI   183060.
DEC 01  IVA 10%     18306.
610438  HABI 1104-1    204366.

DEC 02  LGA.DIST    35012.
DEC 02  LGA.DIST    35012.
410082  HABI 1104-1    274390.

DEC 02  SERVIBAR    17100.
520049  HART 1104-1    291490.
DEC 02  LGA.DIST    78944.
520060  HABI 1104-1    370434.
DEC 02  TEL LOCA     3000.
DEC 02  HABITACI   183060.
DEC 02  IVA 10%     18306.
610431  HABI 1104-1    574700.

DEC 02  GARAGE      13000.
620159  HART 1104-1    587700.
DEC 03  LGA.DIST   105142.
210129  HABI 1104-1    692842.

DEC 03  SERVIBAR    39900.
520022  HART 1104-1    732742.
DEC 03  LGA.DIST    10000.
520061  HART 1104-1    742742.
DEC 03  LGA.DIST    35012.
520088  HABI 1104-1 3000.  777754.
DEC 03  HABITACI   183060.
DEC 03  IVA 10%     18306.
610404  HABI 1104-1    982120.
610405  LGA.DIST   122675.
        HABI 1104-1   1104795.

DEC 03  GARAGE      13000.
DEC 04  LGA.DIST    66784. 1117795.
410124  HABI 1104-1   1184579.

RECIBI MIS COMPROBANTES
A MI ENTERA SATISFACCION

TO MY COMPLETE SATISFACTION
I RECEIVED ALL MY VOUCHERS

FIRMA-SIGNATURE

DEBO Y PAGARE A LA VISTA A FAVOR DE OPERADORA EL FENIX, S.A. DE C.V. LA CANTIDAD DE $
I OWE AND WILL PAY AT SIGHTIN FAVOR OF OPERADORA EL FENIX, S.A. DE C.V. THE AMOUNT OF $

FIRMA · ASIGNATURE

★ ★ ★ ★
HOTEL FENIX
en el centro, cerca de todo
Av. Corona 160 Tel. 614-57-14 Telex 0682885
Guadalajara/Jalisco/México

REG. ESTATAL 47066. CAMARA DE COMERCIO. 14735

# CONTINUACION

```
            1104/9 2 0000  0  RANG
```

*MEMO*

```
DEC 03   PREV BAL              0.
DEC 03   LGA.DIST   35012.
610414   HABI 1104-2       35012.
DEC 04   LGA.DIST   35012.
410099   HABI 1104-2       70024.
DEC 04   LGA.DIST  122675.
520179   HABI 1104-2      192699.
DEC 04   GARAGE     13000.
510424   HABI 1104-2      205699.

DEC 05   SERVIBAR    7200.
400115   HABI 1104-2      212899.
410121   HABI 1104-2          0.
-------CHECKOUT-11:34PM-------
```

*En el centro, cerca de todo*



**HOTEL FENIX** MR
En el centro, cerca de todo

Av. Corona 160  Tel.: 614-57-14  Telex. 0682885
Guadalajara/Jalisco/México

DEBO Y PAGARE A OPERADORA EL FENIX, S.A.
DE C.V. A LA VISTA EN ESTA PLAZA LA CANTIDAD
DE : $
I OWE AND WILL PAY AT SIGHTIN FAVOR OF
OPERADORA EL FENIX, S.A. DE C.V. THE AMOUNT
OF $

_____
FIRMA - ASIGNATURE

$ (1)167,8??

# CONTINUACION

*MEMO*

```
   11 0 4/9 1 0000  9  BANK
------SEE FOLIO NUM 001104------
520025   HABI 1104-1    1324679.
DEC. 04   HABITACI  183060.
DEC. 04   IVA 10%     18306.
520168   HABI 1104-1    1526045.
DEC. 04   TEL LOCA    3000.
520169   HABI 1104-1    1529045.
DEC. 04   HABITACI  183060.-
DEC. 04   IVA 10%     18306.-
520221   HABI 1104-1    1327679.
DEC. 04   HABITACI  137295.
DEC. 04   IVA 10%     13730.
520222   HABI 1104-1    1478704.
DEC 05   LGA DIST  236638.
410104   HABI 1104-1    1715342.
DEC.05   BANCOMER 1715342.-
410120   HABI 1104-1         0.
--------CHECKOUT-11:34AM-----
```

DIF/ EN RENTA DE
DOBLE A SENCILLO

--2 dias.--

## En el centro, cerca de todo



**HOTEL FENIX** MR
En el centro, cerca de todo

Av. Corona 160  Tel.: 614-57-14  Telex, 0682885
Guadalajara/Jalisco/México

DEBO Y PAGARE A OPERADORA EL FENIX, S.A.
DE C.V. A LA VISTA EN ESTA PLAZA LA CANTIDAD
DE : $
I OWE AND WILL PAY AT SIGHTIN FAVOR OF
OPERADORA EL FENIX, S.A. DE C.V. THE AMOUNT
OF $

- - - - FIRMA / SIGNATURE - - - - - -

```
                                      AURRERA
                                   R E V O L U C I O N
                                        .LINEA

                                      SUNU

                                   NOMBRE LAURA R.
                                   OPER  68

                                   PANADERIA
                                       E
                                   PANADERIA           6,500
                                       E
                                   SALCHICHONERIA      6,500
                                       E
                                   LACTEOS             5,363
                                       E
                                   QUESO AMERIC        2,600
                                       E
                                                      4,160

                                   TOTAL  $25,123

                                   EFCTVO        $50,000
                                   CAMBIO        $24,877
                                   ARTS               5

                                   IEPS1              0
                                   IEPS2              0
                                   IEPS3              0
                                   IEPS4              0
                                   IVA10%             0
```

# AURRERA

**FACTURA**
**SERIE H**

**ALMACENES AURRERA, S.A. DE C.V.**
AV. PRESIDENTE MASARYK No. 111
COL. CHAPULTEPEC MORALES
MEXICO, 11570, D.F.
R.F.C. AAU-861215-8G2

TDA. REVOLUCION DET. 804
RAMON LOPEZ VELARDE No. 821
SECTOR REFORMA, C.P. 44400
TEL. 35-50-61 Y 35-30-88
GUADALAJARA, JAL.

**FOLIO**  09923

2 DE DIC DE 199 2

NOMBRE: Marcos Rangel

DOMICILIO:                                    R.F.C. No Presenta

PEDIMENTO DE IMPORTACION

| No. | FECHA | | | | |
|-----|-------|--|--|--|--|
| | | **CANTIDAD:** | **CLASE DE MERCANCIA O DESCRIPCION DEL SERVICIO** | **PRECIO UNITARIO** | **TOTAL** |

SEGUN TICKET DE VENTA No. _____ ANEXO

DE LA CAJA No. _____

**IMPORTE TOTAL**  25 123

IMPORTE CON LETRA

Veinticinco mil, ciento
Veintitres pesos

**INCLUYE:**

I.V.A. 10%
IEPS 44.5%
IEPS 30 %
IEPS 21.5%

SE EXPIDE A PETICION DEL CLIENTE, DE CONFORMIDAD CON LO QUE ESTABLECE EL ART. 37 DEL
REGLAMENTO DEL CODIGO DE LA FEDERACION.

1990

CLIENTE

AUTORIZACION DIARIO OFICIAL 24 MARZO 92 SERVICIOS PROFESIONALES DE IMPRESION, S.A. DE C.V. R.F.C. SPI-880324-TC6

LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

Department of Justice
U.S. Marshals Service
312 N. Spring Street RM G 23
Los Angeles, CA 90012-4798

NOV 30, 1992

CONTRACT NUMBER AND DATE

REQUISITION NUMBER AND DATE

PAID BY

CRAIG L. MEACHAM
U.S. MARSHAL
8112

NOV 30, 1992

DATE INVOICE RECEIVED

DISCOUNT TERMS

PAYEE'S ACCOUNT NUMBER

GOVERNMENT B/L NUMBER

PAYEE'S NAME AND ADDRESS

Mark M. Rangel
C/O Patrick Sullivan and Associates
27720 Avenue Scott STE 100
Valencia, CA 91355

SHIPPED FROM | TO | WEIGHT

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES (Enter description, item number of contract or Federal supply schedule, and other information deemed necessary) | QUAN-TITY | UNIT PRICE COST | PER | AMOUNT (¹) |
|---|---|---|---|---|---|---|
| | | Per Court Order (see Attachment) payment to Mark Rangel INVESTIGATOR ON CASE.  COSTS to cover hotel, meal, car and other expenses to investigate and prepare for trial. | | | | $750.00 |

(Use continuation sheet(s) if necessary) (Payee must NOT use the space below)

TOTAL $750.00

PAYMENT:
☐ PROVISIONAL
☐ COMPLETE
☐ PARTIAL
☐ FINAL
☐ PROGRESS
☐ ADVANCE

APPROVED FOR

BY

TITLE

EXCHANGE RATE

PAID COPY

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment

8112-00293775

JUSTICE
U.S. MARSHAL
LOS ANGELES, CALIFORNIA

November 30, 1992

Mark M. Rangel

The sum of 750 dollars 00 cents

UNITED STATES MARSHAL

NOT NEGOTIABLE

PURPOSE: M FY 1993

P81125 000000518 0029377759

The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.



DOCUMENTS
BOARDING PASS

NAME OF PASSENGER
RANGEL/MARK

X/O    FROM
LOS ANGELES

X/O    TO
GUADALAJARA MEX

ALASKA AIRLINES
CARRIER   FLIGHT  CLASS  DATE    DEPARTURE
AS     262Y     1DEC   625P

GATE          BOARDING
              TIME            SEAT
****   540P              15A   N

PCS   WT   UNCKD        BAGGAGE ID NUMBER

1" 027 2105908286 5"
310B1BSB

```
**********************        FROM/TO FLIGHT DATE
**  PASSENGER RECEIPT  **
**********************        LAXGDL AS 262Y  1DEC
                             OGDLLAX AS 263Y  5DEC
PASSENGER NAME  RANGEL/MARK        PNR IGITPP  **********************
ISSUED BY ALASKA AIRLINES    1DEC92  310B1BSB
```

FP PT/AGT/NONREF /EX 02785558955635 /OR TATAS
30NOV92 /FC LAX AS GDL278.00YMEX AS LAX 278.00YMEX
USD556.00EMD XT2.00XA5.00XY11.50XO

FARE      556.00
TAX    US   6.00          DOCUMENT NUMBER        THANK YOU FOR CHOOSING
TAX    XT  18.50          027 2105908286          ** ALASKA  AIRLINES **
TOTAL     580.50

```
********************
    BOARDING PASS              RANGEL/MARK
********************
```

RANGEL/MARK
GUADALAJARA      AS  263 Y    05DEC   440P          SEAT
LOS ANGELES                   SEAT
                              24C                   24C

                                      AS  263 Y 05DECGDLLA>

```
********************************        SEQUENCE NUMBER
NOT VALID WITHOUT FLIGHT COUPON            86
********************************
```

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 11835 West Olympic Blvd., Suite 1235, East Tower, Los Angeles, CA 90064.

      On January 28, 1993, I served the within EX PARTE APPLICATION FOR AN ORDER PERMITTING EXPENDITURE OF ADDITIONAL CJA FUNDS FOR AN INVESTIGATOR; DECLARATION OF ALAN RUBIN; EXHIBITS on the interested parties in this action:

X____ by placing _____ the original _____X a true copy thereof enclosed in a sealed envelope addressed as follows:

John Carlton
Assistant United States Attorney
United States Courthouse
312 North Spring Street
Los Angeles, California 90012

X_____ By Mail*
X_____ I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

x_____ As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidaviat.

Executed on January 28, 1993, at Los Angeles, California.

____ By personal service**  I delivered such envelope by hand to the offices of the addressee(s).

____ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X___ (Federal) I declare that I am a member of the bar of this court.


SANDRA LEW _____        _Sandra Lew_____


*Signature must be that of person depositing mail.
**Signature must be that of Messenger.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 11835 West Olympic Blvd., Suite 1235, East Tower, Los Angeles, CA 90064.

On January 28, 1993, I served the within EX PARTE APPLICATION FOR AN ORDER PERMITTING EXPENDITURE OF ADDITIONAL CJA FUNDS FOR AN INVESTIGATOR; DECLARATION OF ALAN RUBIN; EXHIBITS on the interested parties in this action:

X____ by placing _____ the original _____X a true copy thereof enclosed in a sealed envelope addressed as follows;

John Carlton
Assistant United States Attorney
United States Courthouse
312 North Spring Street
Los Angeles, California 90012

X_____ By Mail*
X____ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

x_____ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidaviat.

Executed on January 28, 1993, at Los Angeles, California.

____ By personal service** I delivered such envelope by hand to the offices of the addressee(s).

____ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X___ (Federal) I declare that I am a member of the bar of this court.


SANDRA LEW_____        _Sandra Lew_____

*Signature must be that of person depositing mail.
**Signature must be that of Messenger.