# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Case No. _CR87-422(G)-ER_ Title _USA -v- Juan Ramon Matta-Ballesteros_

## EXHIBIT RELEASE UPON VERDICT/JUDGMENT AT TRIAL

Through stipulation of counsel in this action and/or by Order of this Court, all exhibits listed ~~on the~~ (circle one) _pltf_ / ~~deft~~ / ~~joint~~ exhibit list below are being returned to:
  ___ counsel for the prevailing party
  _✓_ counsel who proffered the exhibit(s)

~~except~~ the following exhibit(s) _Exhibits 213 - 219_ _____ which will be retained by the Court.

Counsel hereby declare that these exhibits shall be retained in (circle one) his/her/_their_ custody in a secure place and will not be altered ~~or destroyed~~ until after the time for an appeal of the (circle one) verdict/_judgment_ has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and upon seventy-two (72) hours notice.

Date _7/31/98_  Signature _John Carlton_
Print Name _John Carlton_  Counsel for: ~~plaintf~~ / _defendt_ / 3rd party
Phone Number ( _213_ ) _894-0619_

Date _7/31/98_  Signature _[signature]_
Print Name _Lawrence Ng_  Counsel for: ~~plaintf~~ / _defendt_ / 3rd party
Phone Number ( _213_ ) _894-6968_

================================================================
## EXHIBIT RELEASE BY EXHIBITS CUSTODIAN

The following exhibit(s), descriptions indicated on the exhibit list(s),

_____

_____ have/has been returned to me.

(NOTE: List returns by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material.)

Date _____  Signature _____
I.D. No. _____  Agency/Firm _____
(Govt. I.D. / Driver's Lic.)  Phone No. (____)_____

cc: Judge
    Counsel signing document
    Exhibits custodian

M-54 (9/92)        EXHIBIT RELEASE TO COUNSEL

*U.S. GPO: 1992-779-407/60013

**LODGED** CLERK, U.S. DISTRICT COURT AUG 10 1998 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY

**FILED** CLERK, U.S. DISTRICT COURT AUG 10 1998 CENTRAL DISTRICT OF CALIFORNIA DEPUTY